AUSAs: Justin L. Brooke, Margaret N. Vasu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 25 MJ 3912 |
| | **SEALED COMPLAINT** |
| v. | |
| | Violations of 18 U.S.C. §§ 111(a)(1), |
| JEFFREY TAVAREZ, | and 111(b) |
| Defendant. | COUNTY OF OFFENSES: PUTNAM |

SOUTHERN DISTRICT OF NEW YORK, ss.:

ERIC LENTINI, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation (the "FBI"), and charges as follows:

### COUNT ONE
### (Assaulting, Intimidating, and
### Interfering with Certain Officers or Employees)

1.     On or about November 24, 2025, in the Southern District of New York, JEFFREY TAVAREZ, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, made physical contact with the victim of the assault and had the intent to commit another felony, and used a deadly and dangerous weapon and inflicted bodily injury, to wit, while fleeing from law enforcement officers attempting to place him under arrest, TAVAREZ intentionally drove a black Toyota Camry bearing Connecticut registration 776ZAR (the "Vehicle") into, and did forcibly strike, a Putnam County Drug Enforcement Administration ("DEA") Task Force Officer ("TFO-1").

(Title 18, United States Code, Sections 111(a)(1) and 111(b).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2.     I am a Special Agent with the FBI.  I have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with law enforcement officers, witnesses, and others, my examination of documents, videos, reports and records, and my involvement in this investigation.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.     Based on my review of relevant police reports, my review of pertinent video footage, including drone footage, and my communications with law enforcement officers, I am aware of the following:

a.   On or about the evening of November 24, 2025, law enforcement officers with the Putnam County Sheriff's Office ("PCSO"), including two task force officers with the DEA, arrived in the vicinity of a motel on Sodom Road in Brewster, New York (the "Motel") for the purpose of monitoring and, as needed, conducting an arrest in connection with a controlled purchase of narcotics scheduled to occur at the Motel that evening.

b.   At approximately 8:33 p.m., the Vehicle drove into the parking lot of the Motel, circled the parking lot area, and backed into a parking space before turning off the Vehicle's lights.

c.   At approximately 8:34 p.m., several vehicles pulled into the Motel parking lot and pulled in front of and around the Vehicle, and members of law enforcement exited the vehicles wearing police vests and ran towards the Vehicle. One of police vehicles that pulled into the Motel parking lot was a red Chevy Tahoe driven by TFO-1 (the "TFO Vehicle").

d.   Seconds after the officers exited their vehicles as described above, the Vehicle pulled out of the parking spot, accelerating past several police officer and their vehicles. At approximately the same time, TFO-1 exited the TFO Vehicle, as shown in the still image taken from video footage below.



*Throughout: The Vehicle (circled in red), TFO-1 (circled in green)*

e.   After accelerating past an officer, the driver of the Vehicle then drove violently and with speed directly into TFO-1, striking him and causing him to be thrown onto the hood of the Vehicle, as shown in the series of still images below.







    f.   The Vehicle then continued to drive forward as TFO-1's body was thrown over the hood and windshield of the Vehicle.



     g.  The Vehicle then struck the TFO Vehicle, and TFO-1 was thrown forward from the hood of the Vehicle.



     h.  After colliding with the TFO Vehicle the Vehicle came to a stop.  At around this time, TFO-1 stood up after being thrown forward and moved to the side of the Vehicle in a grassy area off of the roadway.

i.  As TFO-1 approached the side of the vehicle, the Vehicle reversed into the grassy area where TFO-1 and another officer were standing.  TFO-1 then discharged his firearm in the direction of the windshield of the Vehicle, which quickly sped away, leaving the Motel parking lot at approximately 8:35 p.m.

4.  Based on my review of relevant police reports and drone video footage, as well as my communications with law enforcement officers, I believe that JEFFREY TAVAREZ, the defendant, was the driver of the Vehicle that struck TFO-1 as described above based on the following:

a.  Moments after the Vehicle left the Motel parking lot, the Vehicle pulled into a nearby Subaru dealership located on Danbury Road in Brewster, New York, and a police vehicle followed closely behind, entering the Subaru parking lot a few seconds later.

b.  As the police vehicle pulled in, the front-seat passenger ("Individual-1") exited the Vehicle with his hands on his head and took a kneeling position several feet from the car. Immediately thereafter the backseat passenger ("Individual-2") exited the passenger side of the Vehicle with hands up and laid face down on the ground just outside of the Vehicle.  At this point, the driver remained in the Vehicle but with the door open and hands visible outside of the Vehicle door.

c.  A few seconds later, the driver slowly exited the Vehicle with hands up and collapsed to the ground, and the unoccupied Vehicle reversed backwards in a semi-circular motion. Responding law enforcement officers secured the driver of the Vehicle, later identified as JEFFREY TAVAREZ, the defendant, and began rendering aid to him as he had two gunshot wounds.

d.  Moreover, later in the evening on or about November 24, 2025, Individual-1, who was also identified as the owner of the Vehicle, which is registered to Individual-1's parents, stated, in sum and substance, that his friend "TJ," first name "Jeffrey," was the driver of the Vehicle that evening and that Individual-2 was in the backseat.  Individual-1 also stated, in sum and substance, that the group went to Motel to meet another girl who "TJ" knew.[1]

e.  Both Individual-1 and Individual-2 identified a driver's license photograph of JEFFREY TAVAREZ, the defendant, as "TJ."

---

[1] Individual-1 also stated, in sum and substance, that he met "TJ" through purchasing drugs through a mutual friend and disclosed had used heroin/fentanyl earlier in the evening on November 24, 2025.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JEFFREY TAVAREZ, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

ERIC LENTINI
Special Agent
Federal Bureau of Investigation

Sworn to before me this _11th_ day of December, 2025.

THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York

7