

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 12, 2025

**VIA EMAIL**

The Honorable Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**   *United States v. Jeffrey Tavarez,* **25 Mag. 3912**

Dear Judge McCarthy:

      The Government writes to inform the Court that the defendant has been arrested. Accordingly, and pursuant to the Southern District's Standing Order, 25 MC 51, the complaint and this case should be unsealed.

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney

          by: /s/_____
                      Justin L. Brooke / Margaret N. Vasu
                      Assistant United States Attorneys
                      (914) 993-1918 / -1926

APPLICATION GRANTED

*[signature]*
Hon. Judith C. McCarthy
12-12-2025